IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH RAY JONES, | § | |
| HC SPN 00155266, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-07-1823 |
| | § | |
| JOHN CLARK, *et al.*, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 14th day of June, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE